MARC S. CWIK
Nevada Bar No. 006946
  E-Mail: Marc.Cwik@lewisbrisbois.com
JORDON L. ROBERTS
Nevada Bar No. 14755
  E-Mail: Jordon.Roberts@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorneys for *Collection Bureau of America, Ltd.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ABDIEL ORAMAS,<br><br>  Plaintiff,<br><br>vs.<br><br>COLLECTION BUREAU OF AMERICA, LTD.,<br><br>  Defendant. | CASE NO. 2:19-cv-02157-JCM-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED between Plaintiff Abdiel Oramas ("Plaintiff"), by and through his counsel of record, Davis H. Krieger, Esq., of the law firm HAINES & KRIEGER, and Defendant Collection Bureau of America, Ltd. ("Defendant"), by and through its counsel of record, Marc S. Cwik, Esq., and Jordon L. Roberts of the law firm LEWIS BRISBOIS BISGAARD & SMITH LLP; pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, that the time for Defendant to respond to Plaintiff's Complaint [ECF No. 1] on file herein is hereby extended to and including Tuesday, January 21, 2020.  Counsel requested this extension to allow sufficient time to consult with his client and Plaintiff has agreed to same.

/ / /

/ / /

4811-3073-1441.1

IT IS HEREBY FURTHER STIPULATED between the parties that this extension of time does not operate as any admission against interest by Plaintiff concerning the Complaint [ECF No. 1], nor as a waiver of any defense that Defendant may have with regard to the Complaint [ECF No. 1], to the Court's jurisdiction over this matter, to the venue of this matter, or to service and service of process.

DATED this 13th day of January, 2020.   DATED this 13th day of January, 2020. .

LEWIS BRISBOIS BISGAARD & SMITH LLP

HAINES & KRIEGER, LLC

By /s/ Marc S. Cwik
MARC S. CWIK, ESQ.
Nevada Bar No. 006946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

By /s/ David H. Krieger
DAVID H. KRIEGER, ESQ.
Nevada Bar No.: 9086
8985 S. Eastern Avenue, Suite 350
Las Vegas, NV 89123
*Attorneys for Plaintiff*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 14, 2020