MARC S. CWIK
Nevada Bar No. 006946
  E-Mail: Marc.Cwik@lewisbrisbois.com
ADAM J. PERNSTEINER
Nevada Bar No. 7862
  E-Mail: Adam.Pernsteiner@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

*Attorneys for Collection Bureau of America, Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ABDIEL ORAMAS, | CASE NO. 2:19-cv-02157-JCM-EJY |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| COLLECTION BUREAU OF AMERICA, LTD., | |
| Defendant. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff ABDIEL ORAMAS ("Plaintiff") and Defendant COLLECTION BUREAU OF AMERICA, LTD. ("Defendant") stipulate to dismiss Plaintiff's Complaint in its entirety with

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

prejudice. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of August, 2020

KIND LAW

__/s/ Michael Kind_____
MICHAEL KIND
Nevada Bar No. 13903
8860 South Maryland Parkway
Suite 106
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

DATED this 20th day of August, 2020

LEWIS BRISBOIS BISGAARD & SMITH LLP

__/s/ *Marc S. Cwik*_____
MARC S. CWIK
Nevada Bar No. 006946
ADAM J. PERNSTEINER,
Nevada Bar No. 7862
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2020
       _____

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 20th day of August, 2020, I did cause a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to be served via the CM/ECF filing system and/or U.S. Mail postage prepaid to all parties on the service list.

| Attorney | Party | Phone/Fax |
|---|---|---|
| David H. Krieger, Esq.<br>HAINES & KRIEGER<br>Nevada Bar No.: 9086<br>8985 S. Eastern Avenue, Suite 350<br>Las Vegas, NV 89123<br>dkrieger@hainesandkrieger.com | *Attorney for Plaintiff* | P: 702.880.5554<br>F: 702.385.5518 |
| Michael Kind<br>KIND LAW<br>8860 South Maryland Parkway, Suite 106<br>Las Vegas, Nevada 89123<br>mk@kindlaw.com | *Attorney for Plaintiff* | P: 702.337.2322<br>F. 702.329.5881 |

By /s/ *Susan Awe*
Susan Awe, An Employee of
LEWIS BRISBOIS BISGAARD & SMITH LLP

4849-4651-3095.1                    3                    2:19-cv-02157-JCM-EJY